# Exhibit B

# BOHRER PLLC

May 20, 2019

**Invoice #: 18001.11**

Steven Schwartz
3 Roger Circle
Greenwich, CT 06831

**RE: Cognizant FCPA**
Our Matter #: 18001

---

| | |
|---|---:|
| For professional services rendered from April 1, 2019 through April 30, 2019 in connection with investigations by the United States Attorney's Office for the District of New Jersey: | $1,098,174.00 |
| **Total Fees:** | <u>$1,098,174.00</u> |
| Total Costs and Disbursements: | $35,504.57 |
| **Total Amount of This Invoice:** | **<u>$1,133,678.57</u>** |

Payment may be remitted by mail to the below address or by wire transfer to:
Wells Fargo Bank, N.A. 12 E. 49th Street, 21st Floor, New York, NY 10017
ABA #: 121000248; Acct #: 2084269030; Tax ID #: 82-1983556; Name: BOHRER PLLC.
Charges which have not been recorded as of the above date will be invoiced later.

101 Park Avenue, 33rd Floor, New York, NY 10178 | (T) 212-303-3314 | www.bohrerpllc.com

| | |
|---|---:|
| Meetings and meeting preparations. | $1,088.64 |
| Investigative and Professional Services. | $25,565.71 |
| **Total Disbursements** | **$35,504.57** |

| Professional | Quantity | Rate | Total Value |
|---|---:|---:|---:|
| Lindsay Alexander | 58.5 | $360.00 | $21,060.00 |
| Nathan Alexander | 84.4 | $360.00 | $30,384.00 |
| Tierrance Charles | 48.0 | $360.00 | $17,280.00 |
| LaDonna Collier | 44.5 | $360.00 | $16,020.00 |
| Billy Gopeesingh | 83.1 | $360.00 | $29,916.00 |
| Tina Liu | 92.5 | $875.00 | $80,937.50 |
| Adrianna Lombardo | 124.4 | $335.00 | $41,674.00 |
| Charlotte Owens | 46.5 | $360.00 | $16,740.00 |
| Anita Pomerance | 15.5 | $360.00 | $5,580.00 |
| Yesenia Prieto | 73.5 | $360.00 | $26,460.00 |
| Donna Pyne | 77.5 | $360.00 | $27,900.00 |
| Erasmia Sbirakis | 35.0 | $360.00 | $12,600.00 |
| Claudio Simpkins | 90.6 | $360.00 | $32,616.00 |
| Jeremy Bohrer | 133.0 | $1,450.00 | $192,850.00 |
| Steven Cheng | 74.0 | $985.00 | $72,890.00 |
| Jonathan Jason | 163.7 | $735.00 | $120,319.50 |
| Joel Meyers | 174.3 | $1,325.00 | $230,947.50 |
| Arthur Tergesen | 132.2 | $735.00 | $97,167.00 |
| Michael Gramins | 47.3 | $525.00 | $24,832.50 |
| | | **Total Hours** | **1598.5** |
| | | **Subtotal** | **$1,133,678.57** |
| | | **Total Amount of This Invoice** | **$1,133,678.57** |

Payment may be remitted by mail to the above address or by wire transfer to: Wells Fargo Bank, N.A. 12 E. 49th Street, 21st Floor, New York, NY 10017 ABA #: 121000248; Acct #: 2084269030; Tax ID #: 82-1983556; Name: BOHRER PLLC. Charges which have not been recorded as of the above date will be invoiced later.