# Exhibit C

# BOHRER PLLC

September 25, 2019

**Invoice #: 18001.15**

Steven Schwartz
3 Roger Circle
Greenwich, CT 06831

**RE: Cognizant FCPA**
Our Matter #: 18001

| | |
|---|---:|
| For professional services rendered from August 1, 2019 through August 31, 2019 in connection with investigations by the United States Attorney's Office for the District of New Jersey: | $635,397.00 |
| **Total Fees:** | $635,397.00 |
| Total Costs and Disbursements: | $91,465.57 |
| **Total Amount of This Invoice:** | **$726,862.57** |

Payment may be remitted by mail to the below address or by wire transfer to:
Wells Fargo Bank, N.A. 12 E. 49th Street, 21st Floor, New York, NY 10017
ABA #: 121000248; Acct #: 2084269030; Tax ID #: 82-1983556; Name: BOHRER PLLC.
Charges which have not been recorded as of the above date will be invoiced later.

One Penn Plaza, Suite 2520, New York, NY 10119 | (T) 212-303-3314 | www.bohrerpllc.com

|  |  |
|---|---:|
| Total Quantity: | 845.8 |
| Total for Professional Services: | $635,397.00 |

## Disbursements

| Summary | Total Value |
|---|---:|
| Investigative and Professional Services. | $85,606.23 |
| Information Retrieval Services. | $100.30 |
| Travel Expenses. | $3,520.83 |
| Business Expenses. | $750.99 |
| Local Transportation. | $862.52 |
| Meetings and Meeting Preparations. | $624.70 |
| **Total Disbursements** | **$91,465.57** |

| Professional | Quantity: | Rate | Total Value |
|---|---:|---:|---:|
| Ron Busloff | 135.8 | $360.00 | $48,888.00 |
| Tina Liu | 123.1 | $875.00 | $107,712.50 |
| Adrianna Lombardo | 58.6 | $335.00 | $19,631.00 |
| Samuel Luciano | 166.8 | $360.00 | $60,048.00 |
| Jeremy Bohrer | 83.4 | $1,450.00 | $120,930.00 |
| Steven Cheng | 5.8 | $985.00 | $5,713.00 |
| Jonathan Jason | 111.6 | $735.00 | $82,026.00 |
| Joel Meyers | 122.6 | $1,325.00 | $162,445.00 |
| Arthur Tergesen | 38.1 | $735.00 | $28,003.50 |
|  | **Total Hours:** |  | **845.8** |
|  |  | **Subtotal:** | **$726,862.57** |
|  |  | **Total Amount of This Invoice:** | **$726,862.57** |

Payment may be remitted by mail to the above address or by wire transfer to: Wells Fargo Bank, N.A. 12 E. 49th Street, 21st Floor, New York, NY 10017 ABA #: 121000248; Acct #: 2084269030; Tax ID #: 82-1983556; Name: BOHRER PLLC. Charges which have not been recorded as of the above date will be invoiced later.