# Exhibit D

# BOHRERPLLC

October 28, 2019

**Invoice #: 18001.16**

Steven Schwartz
3 Roger Circle
Greenwich, CT 06831

**RE: Cognizant FCPA**
Our Matter #: 18001

---

| | |
|---|---:|
| For professional services rendered from September 1, 2019 through September 30, 2019 in connection with investigations by the United States Attorney's Office for the District of New Jersey: | $615,842.00 |
| **Total Fees:** | <u>$615,842.00</u> |
| Total Costs and Disbursements: | $173,606.90 |
| **Total Amount of This Invoice:** | **<u>$789,448.90</u>** |

Payment may be remitted by mail to the below address or by wire transfer to:
Wells Fargo Bank, N.A. 12 E. 49th Street, 21st Floor, New York, NY 10017
ABA #: 121000248; Acct #: 2084269030; Tax ID #: 82-1983556; Name: BOHRER PLLC.
Charges which have not been recorded as of the above date will be invoiced later.

One Penn Plaza, Suite 2520, New York, NY 10119 | (T) 212-303-3314 | www.bohrerpllc.com

| | |
|---|---:|
| Meetings and Meeting Preparations | $2,251.20 |
| Travel | $1,015.00 |
| **Total Disbursements** | **$173,606.90** |

| Professional | Quantity: | Rate | Total Value |
|---|---:|---:|---:|
| Ron Busloff | 107.5 | $475.00 | $51,062.50 |
| Tina Liu | 147.3 | $875.00 | $128,887.50 |
| Samuel Luciano | 137.4 | $475.00 | $65,265.00 |
| Jeremy Bohrer | 76.7 | $1,450.00 | $111,215.00 |
| Steven Cheng | 37.7 | $985.00 | $37,134.50 |
| Jonathan Jason | 164.3 | $825.00 | $135,547.50 |
| Arthur Tergesen | 118.0 | $735.00 | $86,730.00 |
| | | **Total Hours:** | **788.9** |
| | | **Subtotal:** | **$789,448.90** |
| | | **Total Amount of This Invoice:** | **$789,448.90** |

Payment may be remitted by mail to the above address or by wire transfer to: Wells Fargo Bank, N.A. 12 E. 49th Street, 21st Floor, New York, NY 10017 ABA #: 121000248; Acct #: 2084269030; Tax ID #: 82-1983556; Name: BOHRER PLLC. Charges which have not been recorded as of the above date will be invoiced later.