UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION,<br><br>                              Plaintiff,<br><br>                              v.<br><br>BOHRER, PLLC and JEREMY I. BOHRER,<br><br>                              Defendants. | No. 21-CV-5340 (RA)(KHP)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On August 20, 2021, Defendants moved to dismiss this action, or in the alternative, for a stay pending final resolution of the indemnification issue in the Delaware action, or pending the Delaware Court of Chancery's decision on Steven Schwartz's motions for an anti-suit injunction and to hold Plaintiff in contempt in that action. On March 23, 2022, this Court temporarily stayed the action. On March 25, 2022, the Court of Chancery, rightly noting that "a state court lacks the power to enjoin a party from proceeding with *in personam* litigation in a federal court that has jurisdiction," denied Schwartz's motion to enjoin this proceeding and declined to hold Cognizant in contempt. Del. Op. at 1. Still pending before the Court is Defendants' motion to dismiss or stay this action pending final resolution of the indemnification issue in Delaware. The Court will hold oral argument on that motion on May 5, 2022 at 3:00 p.m.

SO ORDERED.

Dated:    April 7, 2022
             New York, New York

                                                                         Ronnie Abrams
                                                                        United States District Judge